NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

―――――――――――――

**YELLOW CAB COMPANY OF ORLANDO, INC.,**
*Plaintiff-Appellee,*

**v.**

**CELEBRATION TRANSPORTATION, INC.
(doing business as Celebration Taxi and The Yellow
Cab Company),**
*Defendant-Appellant.*

―――――――――――――

2013-1268

―――――――――――――

Appeal from the United States District Court for the Middle District of Florida in No. 12-CV-1910, Judge Elizabeth A. Kovachevich.

―――――――――――――

**ON MOTION**

―――――――――――――

Before NEWMAN, REYNA and WALLACH, *Circuit Judges.*

NEWMAN, *Circuit Judge.*

**O R D E R**

Celebration Transportation, Inc. moves without opposition for the court to transfer this appeal to the United States Court of Appeals for the Eleventh Circuit.

YELLOW CAB COMPANY v. CELEBRATION TRANSPORTATION        2

Celebration Transportation, Inc. appeals from a judgment of the United States District Court for the Middle District of Florida, in a case involving charges of trademark infringement and Florida state law claims. This court is a court of limited jurisdiction, which does not include jurisdiction in this matter. 28 U.S.C. § 1295.

Accordingly,

IT IS ORDERED THAT:

The motion is granted. The appeal is transferred pursuant to 28 U.S.C. § 1631 to the United States Court of Appeals for the Eleventh Circuit.

                              FOR THE COURT


                              /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk

s26


ISSUED AS A MANDATE: June 18, 2013